UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MICHAEL DENTON,

                Plaintiff,

    v.

PAUL PASTOR, et al,

                Defendants.

Case No. 3:17-cv-05075-BHS-TLF

ORDER REGARDING PLAINTIFF'S PROPOSED AMENDED COMPLAINT

This matter comes before the Court on plaintiff's filing of a proposed amended complaint. On May 24, 2017, the Court issued an order informing plaintiff that if he wishes to file an amended complaint, he submit a motion to amend his original complaint and attach the proposed complaint for the Court's review. Dkt. 39.

Plaintiff has filed a proposed amended complaint (Dkt. 58), but did not file a motion to do so as directed by the Court. In addition, Local Rule LCR 15 requires that in addition to "attach[ing] a copy of the proposed amended pleading as an exhibit to the motion" for leave to amend the pleading," the party seeking to amend the pleading "must indicate on the proposed amended pleading how it differs from the pleading that it amends by bracketing or striking through the text to be deleted and underlining or highlighting the text to be added." *Id.* Further, "[t]he proposed amended pleading must not incorporate by reference any part of the preceding pleading, including exhibits." *Id.*

Accordingly, if plaintiff still wishes to amend his original complaint he must by **no later**

ORDER REGARDING PLAINTIFF'S PROPOSED
AMENDED COMPLAINT - 1

**than October 24, 2017**, (1) file a motion for leave to amend his original complaint, (2) attach a copy of his proposed amended complaint, indicating on the proposed amended complaint how it differs from the original complaint by bracketing or striking through the text to be deleted and underlining or highlighting the text to be added, and (3) not incorporate by reference any part of his original complaint, including exhibits attached to the original complaint.

Dated this 25th day of September, 2017.

*Theresa L. Fricke*
Theresa L. Fricke
United States Magistrate Judge