UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MICHAEL DENTON,<br><br>                Plaintiff,<br><br>  v.<br><br>PAUL PASTOR,<br><br>                Defendant. | CASE NO. C17-5075 BHS-TLF<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Theresa L. Fricke, United States Magistrate Judge (Dkt. 63), and Plaintiff's objections to the R&R (Dkt. 69).

On May 25, 2017, Plaintiff filed a motion for a temporary restraining order and preliminary injunction. Dkt. 42. In his motion, Plaintiff, who is in custody at the Pierce County Jail, sought to compel Defendants to provide him with his legal materials that were not transferred with him to Western State Hospital for safety purposes. *Id.* Plaintiff has since been returned to the Pierce County Jail and, while Plaintiff initially refused the return of his legal materials, the materials were ultimately returned to him upon his request. *See* Dkt. 52. On September 20, 2017, Judge Fricke entered her R&R denying Plaintiff's motion. Dkt. 63. On September 28, 2017, Plaintiff objected. Dkt. 69.

The district judge must determine de novo any part of the magistrate judge's disposition to which a party has properly objected. The district judge may accept, reject, or modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instructions. Fed. R. Civ. P. 72(b)(3).

As noted by Judge Fricke, Plaintiff has failed to show that he will suffer irreparable injury absent immediate court intervention, that he will likely prevail on the merits, that the balance of potential harm weighs in his favor, or that the public interest favors granting him the relief he has requested. Indeed, Plaintiff's legal documents were promptly returned to him and Defendants have a legitimate basis for refusing to temporarily transfer such documents to Western State Hospital in order to avoid the danger of trafficking contraband between the facilities. Therefore, having considered the R&R, Plaintiff's objections, and the remaining record, the Court does hereby find and order as follows:

(1) The R&R is **ADOPTED**; and

(2) Plaintiff's motion for a temporary restraining order and preliminary injunction (Dkt. 42) is **DENIED**.

Dated this 31st day of October, 2017.

BENJAMIN H. SETTLE
United States District Judge