# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

MICHAEL DENTON,

        Plaintiff,

v.

PAUL PASTOR, et al,

        Defendants.

Case No. C17-5075-BHS-TLF

ORDER

The Court, having reviewed the Report and Recommendation of Judge Theresa L. Fricke, United States Magistrate Judge, and no objections having been filed, does hereby find and ORDER:

(1)     The Court adopts the Report and Recommendation; and

(2)     Plaintiff's motion for the Court to intervene (Dkt. 68) is **DENIED**.

Dated this 30th day of November, 2017.

                                                                    BENJAMIN H. SETTLE
                                                                    United States District Judge

ORDER