UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MICHAEL DENTON,<br><br>                Plaintiff,<br><br>    v.<br><br>PAUL A PASTOR, et al.,<br><br>                Defendants. | CASE NO. C17-5075 BHS-TLF<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Theresa L. Fricke, United States Magistrate Judge. Dkt. 120. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)     The R&R is **ADOPTED**; and

(2)     Plaintiff's emergency motion for a temporary restraining order and order to show cause for preliminary injunction, Dkt. 117, is **DENIED**.

Dated this 15th day of October, 2018.

                                            BENJAMIN H. SETTLE
                                            United States District Judge