# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

MICHAEL DENTON,

    Plaintiff,

v.

PAUL A. PASTOR, et al.,

    Defendants.

CASE NO. C17-5075 BHS-TLF

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Theresa L. Fricke, United States Magistrate Judge. Dkt. 139. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)     The R&R is **ADOPTED**; and

(2)     Defendants' motion to dismiss plaintiff's amended complaint, Dkt. 104, is **GRANTED in part and DENIED in part** as stated in the R&R.

Dated this 10th day of September, 2019.

BENJAMIN H. SETTLE
United States District Judge

ORDER - 1