UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MICHAEL DENTON,

            Plaintiff,

  v.

PAUL A PASTOR, *et al*.,

            Defendants.

CASE NO. C17-05075-BHS-TLF

ORDER ADOPTING REPORT AND RECOMMENDATION

    This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Theresa L. Fricke, United States Magistrate Judge. Dkt. 155. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)    The R&R is **ADOPTED**;

(2)    Defendants' motion to dismiss is **GRANTED in part and DENIED in part** as stated in the R&R, Dkt. 155 at 16–17; and

(3)    Plaintiff is granted leave to amend. Plaintiff is directed to file his third amended complaint on or before October 9, 2020.

ORDER - 1

1  Dated this 22nd day of September, 2020.

*[signature]*

BENJAMIN H. SETTLE
United States District Judge