UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MICHAEL DENTON,

        Plaintiff,

v.

PAUL A. PASTOR, et al.,

        Defendants.

CASE NO. C17-5075 BHS-TLF

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Theresa L. Fricke, United States Magistrate Judge. Dkt. 202. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

    (1)    The R&R is **ADOPTED**;

    (2)    Defendants' Objection and Motion to Strike, Dkt. 201, is **DENIED**;

    (3)    Defendants' Motion for Summary Judgment, Dkt. 173, is **GRANTED in part and DENIED in part** as follows;

        a.  Plaintiff's due process claims against Defendants Jackson and Jones are **DISMISSED without prejudice**;

ORDER - 1

      b. Plaintiff's claims against Defendants Rhoton, Caruso, James-Hutchinson, and Braswell-Bouyer are **DISMISSED without prejudice**;

      c. Plaintiff's claims based on the one razor policy are **DISMISSED with prejudice**;

      d. Plaintiff's access to courts claim is **DISMISSED with prejudice**;

      e. Defendants' Motion for Summary Judgment, Dkt. 173, is **DENIED** as to all other claims;

(4) The referral to Judge Fricke is terminated, and the parties shall submit a joint status report no later than January 31, 2022 regarding trial length and availability.

Dated this 24th day of January, 2022.

_____
BENJAMIN H. SETTLE
United States District Judge

ORDER - 2